UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                        Plaintiff,

        v.

M&R CHILDREN'S WEAR, INC.,
RAQUEL DISCOUNT STORES, INC.,
and DUAV CHILDREN'S WEAR, INC.
(all d/b/a HAPPY DAYS CHILDREN'S
WEAR)

                        Defendant.
------------------------------------------------------------x

09-cv-4212 (JG) (MDG)

**NOTICE OF APPEARANCE
OF AMI SANGHVI
FOR PLAINTIFF
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**

PLEASE TAKE NOTICE that Ami Sanghvi hereby appears as counsel of record for Plaintiff Equal Employment Opportunity Commission in the above-captioned action. I certify that I am an attorney employed by a federal agency. I further certify that I am admitted to practice in the state of New York and in the U.S. District Courts for the Eastern and Southern Districts of New York. I am fully familiar with the Local Rules for the U.S. District Court for the Eastern District of New York.

Dated:      October 16, 2009
               New York, NY

/s/ Ami Sanghvi
Ami Sanghvi (AS 5128)
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004
Tel: (212) 336-3672
Fax: (212) 336-3623
E-mail: ami.sanghvi@eeoc.gov