LAW OFFICES

*Goldfarb & Goldfarb*

2774 Coney Island Avenue, Brooklyn, New York 11235

(718) 891-2900

*TELEFACSIMILE* (718) 891-2950

ASHER GOLDFARB (1905-1970)
CHARLES GOLDFARB♦
AARON M. FELDMAN*

Email **gold.law@verizon.net**

♦Also member of FL & PA Bar
*Also member of TN Bar

**Fax and Email are not for Legal Service**

--------------------

WENDY M. BOSCO - Certified Paralegal

November 9, 2009

The Honorable Marilyn D. Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Attention: Ms. Yvonne DeVeaux**

Re:   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. M & R CHILDREN'S WEAR, INC., et al
      Case Number: CV 2009-4212 (JG) (MDG)

Dear Magistrate Judge Go:

This letter confirms that the initial conference, scheduled by Order dated November 3, 2009, has been adjourned from December 3, 2009 at 10:00 a.m. until December 16, 2009 at 10:00 a.m. This has been prearranged with your Chambers.

Should Your Honor have any questions, please do not hesitate to contact me the undersigned.

Respectfully,

Aaron M. Feldman
(AF6817)

AMF:dm

cc: All Parties on the Attached List

**Elizabeth Anne Grossman**
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
212-336-3696
212-336-3623 (fax)
elizabeth.grossman@eeoc.gov


**Robert D. Rose**
Equal Employment Opportunities Commission
New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004
(212)336-3708
(212)336-3623 (fax)
robert.rose@eeoc.gov

**Ami T. Sanghvi**
EEOC
Homelessness Outreach & Prevention Project
33 Whitehall Street, 5th Floor
New York, NY 10004
212-336-3672
212-336-3623 (fax)
ami.sanghvi@eeoc.gov