AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EEOC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 09-CV-4212(JG)(MDG) |
| M&R CHILDREN'S WEAR, INC. ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS

Date: 02/22/2010

*Attorney's signature*

DONALD E. CREADORE (8984)
*Printed name and bar number*

THE CREADORE LAW FIRM, P.C.
305 BROADWAY - 14TH FLOOR
NEW YORK, NEW YORK 10022

*Address*

CREADORE@AOL.COM
*E-mail address*

(212) 355-7200
*Telephone number*

(212) 583-0412
*FAX number*